**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1330**

———————————

PATRICIA YARBROUGH,

 Plaintiff - Appellant,

 versus

CITY OF NORFOLK,

 Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-00-358-2)

———————————

Submitted: May 17, 2001                 Decided: May 23, 2001

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Patricia Yarbrough, Appellant Pro Se. M. Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Yarbrough appeals the district court's judgment granting summary judgment to the City of Norfolk and dismissing her employment discrimination complaint alleging claims of sexual harassment, hostile work environment and retaliation for having engaged in protected conduct.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Yarbrough v. City of Norfolk, No. CA-00-358-2 (E.D. Va. Feb. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED